

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 0 5 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Sarita de Leon** | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO: B-99-004** |
| | § | |
| | § | |
| | § | |
| **Wal-Mart Stores, Inc.** | § | |
| **Defendant** | § | |

## ORDER

BE IT REMEMBERED that on the _____ day of _____, 1999,

came on to be considered Wal-Mart Stores, Inc.'s Unopposed Motion for Continuance, and

the Court having read the Motion, is of the opinion that said Defendant's Unopposed

Motion for Continuance is good and should be sustained.  It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Defendant's Unopposed Motion

for Continuance is hereby granted.  It is further

ORDERED, ADJUDGED AND DECREED that this Initial Pretrial Conference be

reset on  the May docket on the _____ Day of May, 1999 at _____ o'clock ___.m.

Signed this _____ day of _____, 1999.

_____
JUDGE PRESIDING

COPIES TO:

Jaime A. Drabek, DRABEK & ASSOCIATES, 718 E. Harrison, Harlingen, Texas 78550
Ray Marchan, EDDINGTON & ASSOCIATES, L.L.P., 1926 E. Elizabeth St., Brownsville, Texas 78520