UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
MAY 20 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Sarita Deleon
Plaintiff

versus § § § § §   CIVIL ACTION B-99-004

Wal-Mart Stores, Inc.
Defendant

## Scheduling Order

1. Trial: Estimated time to try: 2½ days.          ☐ Bench   ☒ Jury

2. New parties must be joined by:  June 10, 1999

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:  July 12, 1999

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.  August 10, 1999

5. Discovery must be completed by:  Oct 12, 1999

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:  November 1, 1999

***********************************************************************

7. Joint pretrial order is due:  December 22, 1999

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  January 06, 2000

   *The case will remain on standby until tried.*

9. Jury Selection:  January 10, 2000

Signed May 20, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge