IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SARITA DE LEON | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| WALMART STORES, INC. | ) | B-99-004 |

ORDER GRANTING SUBSTITUTION OF COUNSEL

On this day, came on to be considered the Motion of R. Warren Eddington to withdraw as counsel for Plaintiff and it appearing to the Court that such motion should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that said Motion be and it is hereby granted and R. Warren Eddington shall be and he is hereby permitted to withdraw as counsel of record and RAY R. MARCHAN, of Harris & Watts, P.C., be substituted as counsel for said Plaintiff.

Signed this the 28 day of June, 1999.

_____
JUDGE PRESIDING