UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Sarita de Leon<br>  Plaintiff<br><br>v.<br><br>Wal-Mart Stores, Inc.<br>  Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO: B-99-004

ORDER

**NOTICE OF AGREEMENT**

**COMES NOW**, Defendant, Wal-Mart Stores, Inc. and Plaintiff, Sarita De Leon, and hereby notifies the Court that a Hearing on Defendant's Motion for IME is no longer necessary as the parties have reached an agreement that the Plaintiff should be examined by Dr. William J. Turpin at a date and time convenient to both Defendant and Plaintiff.

**IT IS ORDERED** that the previously filed ~~Hearing on~~ Defendant's Motion for IME is hereby withdrawn.

SIGNED this 10th day of August, 1999.

_____
JUDGE PRESIDING

cc:  Ray Marchan, 1926 E. Elizabeth, Brownsville, Texas 78520
     Jaime A. Drabek, 718 E. Harrison, Harlingen, Texas 78550