25

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

OCT 0 7 1999

De Leon §
§
§ Michael N. Milby,
versus § By Deputy Clerk
§ CIVIL ACTION  B- 99-004
Wal-Mart Stores, Inc §
§

## Scheduling Order

1. Trial: Estimated time to try: _____ days.                   ☐ Bench    ☐ Jury

2. New parties must be joined by: _____

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    11-15-1999

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.          12-15-1999

5. Discovery must be completed by:                                      02-18-2000

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:                                            02-29-2000

****************************************************************************

7. Joint pretrial order is due:                                         03-15-2000

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   03-30-2000

   *The case will remain on standby until tried.*

9. Jury Selection:                                                      04-03-2000

Signed  October 6th , 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge