30

# UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
FEB 07 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

DeRoon

versus

Wal Mart Stores, Inc., et al

§
§
§
§
§
§

CIVIL ACTION B-99-004

## Order Setting Hearing

1. A motion hearing will be held before Judge Hilda G. Tagle on:

    __2-24__, 2000

    at __9:30__ __A__.m.

    Courtroom, Third Floor
    United States Courthouse
    600 E. Harrison Street, #306
    Brownsville, Texas 78520.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __February 2nd__, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.