31

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

FEB 22 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

DE LEON §
§
versus §   CIVIL ACTION B- 99cv4
§
WAL-MART STORES, INC §

### Order Resetting Trial And Jury Selection

The docket call and final pretrial conference set ___—___ has been reset to: ___—___ at 1:30 p.m.  Jury Selection has been reset to 3/31/00 at 9:00 10:30 a.m.

Signed February 22nd, 2000 199__, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com