*33*

United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Sarita de Leon** § | | |
|     **Plaintiff** § | | |
| § | | |
| § | | |
| v. § | CIVIL ACTION NO: B-99-004 | |
| § | | |
| § | | |
| **Wal-Mart Stores, Inc.** § | | |
|     **Defendant** § | | |

## ORDER

On this day came, **SHIRLEY J. GRAY,** and by motion duly filed herein requested the Court to grant her Motion to appear at the Initial Pretrial Conference scheduled herein for February 24, 2000 at 9:30 A.M. on behalf of **JAIME A. DRABEK,** attorney in charge, and the Court having considered said Motion,

**IT IS ORDERED** that **SHIRLEY J. GRAY**'s Motion to Appear in these proceedings is hereby **GRANTED.**

SIGNED this 24th day of February, 2000.

_____
JUDGE PRESIDING