35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 28 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Sarita DeLeon, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-99-004 |
| § | |
| Wal-Mart Stores, Inc., § | |
| § | |
| Defendant. § | |

ORDER

BE IT REMEMBERED, that on February 24, 2000, the Court considered the Defendant's Motion for Neuropsychiatric Examination [Dkt. No. 27]. After reviewing the motion, response, and the arguments of counsel, the Court finds that the Plaintiff's mental state is in controversy and that the Defendant has shown good cause for the examination. Therefore, the Court **GRANTS** the motion.

Sarita DeLeon is ordered to submit to a neuropsychiatric examination by Dr. Jaye Douglas Crowder at the Valley Diagnostic Clinic in Harlingen, Texas, at an agreed time and date. The examination will be limited to determining the effect of the Plaintiff's alleged depression on her current mental state.

It is further **ORDERED** that the Defendant bear the costs of the examination.

DONE at Brownsville, Texas, this 24 day of Feb 2000.

Hilda G. Tagle
United States District Judge