39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Sarita DeLeon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-99-004 |
| | § | |
| Wal-Mart Stores, Inc., | § | |
| | § | |
| Defendant. | § | |

ORDER

BE IT REMEMBERED, that on March 6, 2000, the Court considered the Defendant Wal-Mart Stores, Inc.'s Motion for Continuance [Dkt. No. 36]. After reviewing the motion, the Court finds that the Defendant has not provided the Court with an adequate reason to postpone jury selection. Jury selection will occur as planned on March 31, 2000. The Defendant's motion is **DENIED**.

DONE at Brownsville, Texas, this ____6____ day of March 2000.

Hilda G. Tagle
United States District Judge