40

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Sarita DeLeon, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-99-004 |
| Wal-Mart Stores, Inc., | § § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED, that on March 6, 2000, the Court **ORDERED** the Defendant Wal-Mart Stores to amend its Motion to Submit a Jury Questionnaire [Dkt. No. 37] and Memorandum of Law in Support of the Motion to Submit Jury Questionnaire [Dkt. No. 38] by March 13, 2000. The Defendant is ordered to file the following:

(1) A copy of all secondary sources cited in the memorandum of law that are not available on Westlaw or Lexis;

(2) A copy of the Defendant's proposed questionnaire; and,

(3) An amended memorandum of law that cites to Fifth Circuit authority, if any exists, that supports the Defendant's argument.

DONE at Brownsville, Texas, this ___6___ day of March 2000.

_____
Hilda G. Tagle
United States District Judge