44

United States District Court
Southern District of Texas
ENTERED

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

MAR 1 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

*De Leon*

versus                                    §
                                          §
                                          §    CIVIL ACTION B:99CV4
*Wal-Mart*                                §
                                          §

# Order Setting Hearing

1. A motion hearing will be held before Judge Hilda G. Tagle on:

   _March 24_, 2000

   at _2:00 p_.m.

   Courtroom, Third Floor
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on _March 15_, 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.