61

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 31 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

De Leon

versus

Wal-mart

§
§
§
§    CIVIL ACTION 99CV004
§
§
§

## Order Setting Jury Selection

Jury selection has been set for: *April 4, 2000*,
at *9:00 A*.m.

Signed on *March 31*, 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge