

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Sarita DeLeon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-99-004 |
| | § | |
| Wal-Mart Stores, Inc., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to a jury verdict announced in open court on April 14, 2000, and now on file in this case, it is **ORDERED** that Plaintiff Sarita De Leon **TAKE NOTHING** against Defendant Wal-Mart Stores, Inc., which is now discharged without any liability.

DONE at Brownsville, Texas, this ____ day of April 2000.

Hilda G. Tagle
United States District Judge