

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 03 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Sarita DeLeon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-99-004 |
| | § | |
| Wal-Mart Stores, Inc., | § | |
| | § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED, that on May 2, 2000, the Court **STRUCK** the Plaintiff Sarita De Leon's Motion for New Trial [Dkt. No. 87] and Sarita De Leon's Renewed Motion for Judgment as a Matter of Law [Dkt. No. 86]. The Plaintiff is **ORDERED** to refile her motions in compliance with Local Rule 6, Chamber Rule 5, and the following instructions by May 24, 2000, if she wishes the Court to consider the motions:

(1) The Plaintiff is to cite to all exhibits and portions of the trial record that support her motion.

(2) Citations should be made to page and line number, or to page and paragraph number, when possible.

(3) Direct quotes from the trial record and exhibits should be used to supplement citations to witnesses' testimony and exhibits.

(4) The Plaintiff is to address proximate cause in her motions. The motions filed with the Court do not address this element of Jury Question No. 1.

(5) The Plaintiff is to address each element of Jury Question No. 1 thoroughly in separate sections.

(6) The Plaintiff is to cite relevant legal authority to support her position. The motions now on file cite to two cases that address the standard for granting

a new trial and judgment as a matter of law. The Plaintiff must cite to legally and factually analogous authority, if it exists, that addresses the elements of negligence and the standard for granting a new trial and for a judgment as a matter of law.

DONE at Brownsville, Texas, this ___2___ day of May 2000.

_____
Hilda G. Tagle
United States District Judge